# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | Case No. CV 22-00509-PHX-SRB |
| Plaintiffs, | (Consolidated) |
| v. | **ORDER** |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., | |
| Defendants. | |
| Living United for Change in Arizona, et al., | |
| Plaintiffs, | |
| v. | |
| Katie Hobbs, | |
| Defendant, and | |
| State of Arizona, et al., | |
| Intervenor-Defendants. | |
| Poder Latinx, et al. | |
| Plaintiffs, | |
| v. | |
| Katie Hobbs, et al., | |
| Defendants. | |

United States of America,

                Plaintiff,

     v.

State of Arizona, et al.,

                Defendants.

---

Democratic National Committee, et al.

                Plaintiffs,

     v.

Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,

                Defendants,

                and

Republican National Committee,

                Intervenor-Defendant.

---

Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition,

                Plaintiff,

     v.

Katie Hobbs, in her official capacity as Arizona Secretary of State et al.,

                Defendants.

---

Promise Arizona, et al.

                Plaintiffs,

     v.

Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,

                Defendants.

Tohono O'odham Nation
and Gila River Indian Community,

Plaintiffs,

v.

Katie Hobbs, in her official capacity as
Arizona Secretary of State, et al.,

Defendants.

The Court has considered Defendants, Arizona County Recorders', First Request for an Extension of Time to Respond to Plaintiff's First Request for Production of Documents and First Set of Interrogatories, Plaintiff Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition's Response and the Reply.  Plaintiff has conditioned its consent to the requested extensions on receiving assurances from the County Recorders that they are taking no steps to purge voting rolls pursuant to the provisions of HB2492 and HB2243 at this time.  Plaintiff has received such assurances from the Attorney General, the Secretary of State and the Santa Cruz County Recorder. In the Reply, the Cochise County Recorder states it has not put any implementing policy in place and is awaiting further direction from the Secretary of State. The remaining counties have provided no assurances.

IT IS ORDERED granting the requested extensions to all the County Recorders conditioned upon them providing written assurances to this Court that voter purges are not being implemented and will not be implemented until further direction is received from the Secretary of State. (Doc. 218)

IT IS FURTHER ORDERED that any County Recorder who does not provide a written assurance to this Court shall provide full and complete responses to Plaintiff's outstanding discovery no later than Friday, January 27, 2023.

. . .

. . .

. . .

IT IS FURTHER ORDERED that the County Recorders' written assurances shall be filed, if they are given, not later than Tuesday, January 24, 2023.

Dated this 19th day of January, 2023.

Susan R. Bolton
United States District Judge