Justin S. Pierce (Bar# 022646)
Christina Estes-Werther (Bar #025075)
**PIERCE COLEMAN PLLC**
17851 N. 85th Street, Suite 175
Scottsdale, AZ 85255
Tel. (602) 772-5506
Justin@PierceColeman.com
Christina@PierceColeman.com
Attorneys for Defendant Santa Cruz
   County Recorder

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | Case No. 2:22-cv-00509-PHX-SRB (Consolidated) |
| Plaintiffs, | |
| v. | **SANTA CRUZ COUNTY RECORDER'S NOTICE OF CHANGE OF ADDRESS** |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., | |
| Defendants. | No. CV-22-00519-PHX-SRB |
| ———————————————— | No. CV-22-01003-PHX-SRB |
| AND CONSOLIDATED CASES | No. CV-22-01124-PHX-SRB |
| | No. CV-22-01369-PHX-SRB |
| | No. CV-22-01381-PHX-SRB |
| | No. CV-22-01602-PHX-SRB |

   Defendant Santa Cruz County Recorder, hereby give notice of their counsel's change of address, as reflected below and requests that all future communications, including pleadings and correspondence, be directed as follows:

Justin S. Pierce
Christina Estes-Werther
**PIERCE COLEMAN PLLC**
17851 N. 85th Street, Suite 175
Scottsdale, AZ 85255

1

The information below remains unchanged.

Tel. (602) 772-5506
Fax (877) 772-1025
justin@piercecoleman.com
christina@piercecoleman.com

RESPECTFULLY SUBMITTED this 3rd day of February, 2025.

**PIERCE COLEMAN PLLC**

By: /s/ Christina Estes-Werther
Justin S. Pierce
Christina Estes-Werther
17851 N. 85th Street, Suite 175
Scottsdale, AZ 85255
Attorneys for Defendant Santa Cruz County Recorder

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2025, I caused the attached document to be transmitted to the Clerk's Office using the CM/ECF System for filing, which will send notice of such filing to all registered CM/ECF users.

By: /s/ Mary Walker

2